LAW OFFICES
# LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, P.C.

557 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-2922
TELEPHONE: (860) 233-9821 • FAX (860) 232-7818

C-126

DANIEL E. LIVINGSTON
GREGG D. ADLER
RUTH L. PULDA
THOMAS W. MEIKLEJOHN
MARY E. KELLY
PETER GOSELIN
DEBORAH L. McKENNA
HENRY F. MURRAY

211A MAIN STREET
NORWICH, CONNECTICUT 06360-2421
(860) 204-0201

PLEASE REPLY TO HARTFORD OFFICE

OF COUNSEL
ANNE GOLDSTEIN
BETZABETH SANCHEZ

**WRITER'S DIRECT DIAL:**
(860) 570-4636
gdadler@lapm.org

September 9, 2003

Honorable Janet C. Hall
United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:  **Copeland v. Home and Community Health Services, Inc.**
Civil Action No.: 3:02CV2168 (JCH)

Dear Judge Hall:

I am writing to bring to your attention a recent decision issued by the Connecticut Appellate Court in Benton v. Simpson, 78 Conn. App. 746, 829 A.2d 68 (Conn. App. August 19, 2003). In that ruling the Appellate Court discusses the distinctions between the torts of negligent infliction of emotional distress and intentional infliction of emotional distress, again making clear that proof that the defendant's conduct was "extreme and outrageous" is not an element of a claim of negligent infliction. See 78 Conn. App. at 756-757. This distinction was also apparent in the reasoning of a separate Appellate Court opinion issued by a different panel on the same day in a non-employment case. See Decorso v. Watchtower Bible and Tract Society of New York, 78 Conn. App. 865, 829 A.2d 38 (Conn. App. August 19, 2003).

Respectfully submitted,

Gregg D. Adler

drc
cc: Stephen Harris
    Deborah L. McKenna