6/11/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

NOVEMBER 6, 2003

3:30 P.M.

RULE 16 CONFERENCE HELD
Date: 11/6/03

CASE NO.  3-02-cv-2168 Copeland v Home & Community
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Gregg D. Adler (pltf.) | Livingston, Adler, Pulda, Meiklejohn & Kelly, 557 Prospect Ave., Hartford, CT 860-233-9821 |
| Lori Rittman Clark | Wiggin & Dana, One Cityplace 185 Asylum St., Hartford, CT 860-297-3700 |
| Stephen B. Harris (def.) | Wiggin & Dana, One Cityplace 185 Asylum St., Hartford, CT 860-297-3700 |
| Deborah L. McKenna | Livingston, Adler, Pulda, Meiklejohn & Kelly, 557 Prospect Ave., Hartford, CT 860-233-9821 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK