UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPELAND

V.                                              Case Number: 3:02cv2168JCH

HOME & COMMUNITY

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on February 27, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 27, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at March 2, 2004.


                KEVIN F. ROWE, CLERK

           By: /s/Catherine Boroskey
                Catherine Boroskey
                Deputy Clerk