UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER COPELAND,<br>Plaintiff,<br><br>v.<br><br>HOME AND COMMUNITY HEALTH<br>SERVICES, INC.,<br>Defendant. | CIVIL ACTION NO.<br>3:02CV2168 (JCH)<br><br><br><br><br>March 15, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs to either party.

THE PLAINTIFF,
Jennifer Copeland

By: _____
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

THE DEFENDANTS,
Home and Community Health
Services, Inc.

By: _____
Stephen B. Harris ct13125
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400