

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 24  A 10: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| JENNIFER COPELAND,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV2168 (JCH) |
| v. | |
| HOME AND COMMUNITY HEALTH<br>SERVICES, INC.,<br>Defendant. | March 15, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs to either party.

| THE PLAINTIFF,<br>Jennifer Copeland | THE DEFENDANTS,<br>Home and Community Health<br>Services, Inc. |
|---|---|
| By: _____<br>Gregg D. Adler ct05698<br>Livingston, Adler, Pulda, Meiklejohn<br>  & Kelly P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821 | By: _____<br>Stephen B. Harris  ct13125<br>Wiggin & Dana<br>One Century Tower<br>P.O. Box 1832<br>New Haven, CT  06508-1832<br>(203) 498-4400 |

So Ordered.